John R. Holland and Milton Levindahl, Trading as The Automatic Coin Machine Company; and Sidney Kent, Trading as Drexel View Tavern, Plaintiffs-Appellees, v. Timothy R. O'Connor, Commissioner of Police of City of Chicago et al., Defendants-Appellants.

Gen. No. 45,773.

John J. Mortimer, Corporation Counsel, for appellants; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel; John V. Clinnin, and Samuel S. Brown, for appellees. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed October 22, 1952; released for publication November 17, 1952.